IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW310CR168-001 |
| | ) | (Financial Litigation Unit) |
| DONALD RAY MILLS | ) | |
|     Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COLLECTIVE MOMENTUM COUNSELING SERVICE, | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment (document #34) filed in this case against Defendant Donald Ray Mills is DISMISSED.

SO ORDERED.

Signed: September 19, 2018

_____
David S. Cayer
United States Magistrate Judge