IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW310CR168-001 |
| ) | (Financial Litigation Unit) |
| DONALD RAY MILLS ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| NC DEP'T OF STATE TREASURER, ) | |
| Garnishee. ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment (document #35) filed in this case against Defendant Donald Ray Mills is DISMISSED.

SO ORDERED.

Signed: September 19, 2018

_____
David S. Cayer
United States Magistrate Judge